LAW OFFICES OF
Susan M. Benson & Associates, LLP
Susan M. Benson, State Bar # 146837
6345 Balboa Blvd., Bldg 4, Suite 384
Encino, CA 91316
818-708-1250
sbenson@bensonlegal.net

(SPACE BELOW FOR FILING STAMP ONLY)

File No. BF7017
ATTORNEY FOR   PLAINTIFF,
FARMERS INSURANCE EXCHANGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE,<br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; and DOES I through 10, inclusive,<br>    Defendant(s). | CASE NO. C 12 6261 JSC<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT AND NOTICE THAT IT INTENDS TO DISMISS MATTER AND ORDER THEREON**<br><br>Honorable Jacqueline Scott Corley |

 Plaintiff, FARMERS INSURANCE EXCHANGE hereby notifies this Court that it has settled each and every claim and all causes of action against the Defendant UNITED STATES DEPARTMENT OF AGRICULTURE. The Defendant has not yet answered the complaint and in lieu of answering the complaint, the Defendant has settled all of the claims and causes of action set forth in the complaint and will not file an answer to complaint.

 Plaintiff, FARMERS INSURANCE EXCHANGE is presently obtaining the requested signatures on the release provided by the Defendant from its representative as well as its insured (the within matter is a subrogation claim and therefore the Defendant has requested that the insured, a non-party, sign off

on the release.)

    Plaintiff, FARMERS INSURANCE EXCHANGE, believes that it may obtain its insured's signature within forty five (45) days from today's date and then it will be able to exchange the duly executed release with the Defendant.

    Defendant believes that it will then take an additional sixty (60) days to obtain the requested settlement from the Defendant.

    Accordingly, it is anticipated that the Plaintiff will file a dismissal of the within action no later than June 30, 2013.

    It is respectfully requested that this Court accept this Notice of Settlement and order that the Dismissal be filed no later than June 30, 2013 unless there is good cause for not filing such dismissal.

DATED: April 1, 2013

SUSAN M. BENSON & ASSOCIATES, LLP

By: *Susan M. Benson*
Susan M. Benson
Attorneys for Plaintiff

The case management conference is continued to July 11, 2013 at 1:30 p.m.

    IT IS SO ORDERED.

DATED: April 2, 2013

*Jacqueline S. Corley*
Jacqueline Scott Corley
United States District Magistrate