LAW OFFICES OF
Susan M. Benson & Associates, LLP
Susan M. Benson, State Bar # 146837
6345 Balboa Blvd., Bldg 4, Suite 384
Encino, CA 91316
818-708-1250
sbenson@bensonlegal.net

(SPACE BELOW FOR FILING STAMP ONLY)

File No. BF7017
ATTORNEY FOR   PLAINTIFF,
FARMERS INSURANCE EXCHANGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE,<br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; and DOES I through 10, inclusive,<br>Defendant(s). | CASE NO. C 12 6261 JSC<br><br>**PLAINTIFF'S NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST FOR COURT TO CONTINUE CASE MANAGEMENT CONFERENCE; DECLARATION OF SUSAN M. BENSON IN SUPPORT THEREOF**<br><br><u>**Case Management Conference**</u><br>Date: July 11, 2013<br><br>**Honorable Jacqueline Scott Corley** |

Plaintiff, FARMERS INSURANCE EXCHANGE once again notifies this Court that it has settled each and every claim and all causes of action that the Plaintiff alleged in its Complaint filed in this matter against the DEFENDANT, UNITED STATES DEPARTMENT OF AGRICULTURE,. However, for the reasons set forth in the Declaration of Susan M. Benson filed as an addendum hereto, the Defendant has made this settlement conditional and a Dismissal of the entire action will not be able to be filed until December 15, 2013.

For the reasons detailed in the attached Declaration, Plaintiff requests that the Court continue the Case Management Conference scheduled in this matter for July 11, 2013 and any further hearings be continued until Plaintiff can dismiss this matter pursuant to the settlement until December 20, 2013 or as soon as the matter may be heard by this Court.

Dated: July 8, 2013

SUSAN M. BENSON & ASSOCIATES, LLP

By: /s/ Susan M. Benson
Susan M. Benson
Attorneys for Plaintiff

```
The case management conference is continued to January 9, 2014 at 1:30 p.m., a case
management conference statement shall be filed by January 2, 2014.
Dated: July 8, 2013
```



GRANTED
Jacqueline S. Corley
Judge Jacqueline Scott Corley