**LAW OFFICES OF**
Susan M. Benson & Associates, LLP
Susan M. Benson, State Bar # 146837
6345 Balboa Blvd., Bldg 4, Suite 384
Encino, CA 91316
818-708-1250
sbenson@bensonlegal.net

File No. BF7017
ATTORNEY FOR    PLAINTIFF,
                FARMERS INSURANCE EXCHANGE

(SPACE BELOW FOR FILING STAMP ONLY)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SACRAMENTO

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE,<br>  Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; and DOES I through 10, inclusive,<br>    Defendant(s). | CASE NO. C 12 6261 JSC<br><br>PLAINTIFF'S REQUEST TO DISMISS ENTIRE ACTION WITH PREJUDICE<br><br>**Honorable Jacqueline Scott Corley** |

Pursuant to the settlement entered into between Plaintiff and Defendant, and the acknowledgment that Plaintiff is now in receipt of the settlement funds, the Plaintiff FARMERS INSURANCE EXCHANGE requests that this matter can now be dismissed with prejudice.

DATED: February 19, 2014

SUSAN M. BENSON & ASSOCIATES, LLP

By: _/s/ Susan M. Benson_
Susan M. Benson
Attorneys for Plaintiff

**IT IS SO ORDERED.**
DATED: February 24, 2014

_/s/ Jacqueline S. Corley_
Jacqueline Scott Corley
United States District Magistrate

1
Plaintiff's Request for Dismissal and Order Thereon